ACCEPTED
03-15-00335-CV
6175935
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/22/2015 1:20:20 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00335-CV

_____

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

7/22/2015 1:20:20 PM
JEFFREY D. KYLE
Clerk

_____

HERBERT ROLNICK,
Appellant,


v.


SIGHT'S MY LINE, INC.; STEWART
LANTZ; RIGGS, ALESHIRE & RAY; BLAZIER, CHRISTENSEN,
BIGELOW & VIRR; AND ADAMS & GRAHAM,
Appellees.

_____

On Appeal from the 200th Judicial District Court of
Travis County, Texas
Cause No. D-1-GN-14-004583

_____

### UNOPPOSED FIRST MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUSTICES OF THE COURT:

Appellees Sight's My Line, Inc. and Stewart Lantz ("Appellees") respectfully file this unopposed motion asking the Court to extend the deadline to file Appellees' brief seven days from July 29, 2015 to August 5, 2015. This is the first motion for extension of time with respect to Appellees' brief.

1.  Appellees Sight's My Line, Inc.'s and Stewart Lantz's brief is currently due on or before July 29, 2015.

2.  Appellees are requesting an additional seven days in which to file

their brief because their lead counsel is currently engaged in a multi-day trial. Work on Appellees' brief in this case has been interrupted by the preparation for and attendance at the trial.

3. The relief sought by this motion is so that justice may be done, and is not sought solely for delay, or for any other improper purpose.

4. Appellees therefore request the Court to extend the current deadline for their brief from July 29, 2015 until August 5, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellees Sight's My Line, Inc. and Stewart Lantz respectfully pray for the Court to grant this first unopposed motion for extension of time in which to file their brief. Appellees also pray for such other relief to which they may be entitled.

Respectfully submitted,

By:  /s/ Brandon Gleason

J. Hampton Skelton
hskelton@skeltonwoody.com
Brandon Gleason
bgleason@skeltonwoody.com
Skelton & Woody
248 Addie Roy Road, Suite B-302
Austin, TX 78746
Telephone:  (512) 651-7000
Facsimile:   (512) 651-7001

Craig S. Hilliard
chilliard@stark-stark.com
STARK & STARK
A Professional Corporation
P.O. Box 5315
Princeton, New Jersey 08543-2315
Telephone: (609) 896-9060
Facsimile:  (609) 895-7395

ATTORNEYS FOR APPELLEES SIGHT'S
MY LINE, INC. AND STEWART LANTZ

## CERTIFICATE OF CONFERENCE

The undersigned communicated with counsel for all parties, all of whom stated they do not oppose this request for an extension of seven days in which to file Appellees Sight's My Line Inc.'s and Stewart Lantz's brief.

/s/Brandon Gleason
Brandon Gleason

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing Unopposed First Motion for Extension of Time to File Appellees' Brief has been forwarded this 22nd day of July, 2015, to the following attorneys of record via electronic service.

Ruth G. Malinas
Tim T. Griesenbeck, Jr.
Scott M. Noel
Plunkett & Griesenbeck, Inc.
1635 N.E. Loop 410, Suite 900
San Antonio, Texas 78209

ATTORNEYS FOR APPELLANT HERBERT ROLNICK

Scott R. Kidd
Scott V. Kidd
Kidd Law Firm
819 W. 11th Street
Austin, TX 78701

ATTORNEYS FOR RIGGS, ALESHIRE & RAY

Michael B. Johnson
Salvador Davila
Thompson, Coe, Cousins & Irons, LLP
701 Brazos, Suite 1500
Austin, TX 78701

ATTORNEYS FOR BLAZIER, CHRISTENSEN, BIGELOW & VIRR

Robert E. Valdez
Jose "JJ" Trevino, Jr.
Joseph E. Cuellar
Valdez, Jackson & Trevino, PC
1826 North Loop 1604 West, Suite 275
San Antonio, TX 78248

ATTORNEYS FOR ADAMS & GRAHAM

/s/Brandon Gleason
Brandon Gleason